1   Jonathan M. Brenner (SBN 162366)
    jbrenner@sidley.com
2   Melissa K. Lee (SBN 229478)
    mklee@sidley.com
3   SIDLEY AUSTIN LLP
    555 West Fifth Street
4   Los Angeles, California  90013-1010
    Telephone: (213) 896-6000
5   Facsimile: (213) 896-6600

6
    Attorneys For Defendant
7   CLAREMONT GRADUATE
    UNIVERSITY
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
11  HAMID MAVANI, PhD,                 ) Case No.
                                       ) **CV13-00849** R (SPx)
12              Plaintiff,             )
                                       ) **NOTICE OF REMOVAL OF ACTION**
13  vs.                                ) **UNDER 28 U.S.C. §§ 1441 (FEDERAL**
                                       ) **QUESTION)**
14                                     )
15  CLAREMONT GRADUATE                 ) State Case No.:  KC065318
    UNIVERSITY, and DOES 1 though 25,  )
16                                     ) State Action Filed:  December 26, 2012
17              Defendants.            )
                                       ) State Action Served:  January 7, 2013
18                                     )
19                                     )
                                       )
20                                     )

21      TO THE CLERK OF THE CENTRAL DISTRICT OF CALIFORNIA,
22  WESTERN DIVISION:
23      PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1331, 1441, and 1446,
24  Defendant Claremont Graduate University ("CGU") hereby removes the above-styled
25  action, pending as Case No. KC 065318 in the California Superior Court for the
26  County of Los Angeles ("the Action").   As grounds for removal, CGU states as
27  follows:
28

───────────────────────────────────

A1 2651882v.1                    NOTICE OF REMOVAL

## Factual Background

1.     Complaint.   On or about December 26, 2012, Plaintiff Hamid Mavani ("Plaintiff") filed the Action.   The Complaint asserts causes of action for: alleged violation of the Fair Employment and Housing Act ("FEHA") *Cal. Govt. Code* § 12940(a), alleged violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C., § 2000e *et seq.* and 42 U.S.C., § 1981, and wrongful termination in violation of public policy. *See generally* Complaint.

2.     Service of Process.   CGU received service of process of the action on January 7, 2013.   *See* Declaration of Brenda Leswick ("Leswick Decl."), ¶ 3.   The Civil Cover Sheet, Summons, Complaint, and Notice of Case Management Conference are attached to the Declaration of Melissa K. Lee ("Lee Decl.") as Exhibits 1-4, respectively.

## Federal Question Jurisdiction

3.     The Action is a civil action over which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that may be removed to this Court pursuant to 28 U.S.C. §§ 1441(a),(c).   As indicated above, Plaintiff's "First Cause of Action" alleges a violation of the Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.* and 42 U.S.C. § 1981.   Consequently, the claim arises under federal law, and this entire action is, and all claims alleged therein are, subject to removal.   *See* 28 U.S.C. §§ 1331, 1441(a) and (c); 42 U.S.C. § 2000e – 5(f)(3).   Plaintiff also alleges two additional claims for alleged violation of the FEHA and wrongful termination in violation of public policy.   This Court may exercise supplemental jurisdiction over these two state law claims under 28 U.S.C. §§1367 and 1441(c) because they are transactionally related to the Title VII discrimination claim.   The Court is thus permitted to exercise supplemental jurisdiction to promote considerations of judicial economy, convenience and fairness to the litigants. *United Mine Workers of America v. Gibbs*, 383 U.S. 715, 726 (1966).

2

A1 2651882v 1

**Procedural Matters**

4.   <u>Removal is Timely</u>.   Because Plaintiff served CGU on January 7, 2013, this notice of removal is timely, as the 30-day period for removal has not expired.   28 U.S.C. § 1446(b)(1); *see* Leswick Decl., ¶ 3.

5.   <u>Removal to Proper Court</u>.   This Court is part of the "district and division embracing the place where" Plaintiffs' state court action was filed – Los Angeles County, California.   28 U.S.C. § 1446(a); *see* Complaint, ¶ 1.

6.   <u>Filing and Service</u>.   A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of California for the County of Los Angeles, and is being served on all counsel of record, consistent with 28 U.S.C. § 1446(d).   The Superior Court of the State of California for the County of Los Angeles is located within this district.   Pursuant to 28 U.S.C. §1446(d), CGU is also filing in the Superior Court for the County of Los Angeles and serving upon Plaintiff a separate document entitled "Notice of Filing Notice of Removal to Federal Court".

7.   <u>Non-Waiver of Claims</u>.   By removing this action to this Court, CGU does not waive any defenses available to it, including, but not limited to, defenses based on defects in or inadequacy of service of process and/or lack of personal jurisdiction.

8.   <u>Pleadings and Process</u>.   In compliance with 28 U.S.C. § 1446(a), a "copy of all process, pleadings, and order served upon" CGU prior to the filing of this Notice of Removal are attached to the Declaration of Melissa K. Lee collectively as <u>Exhibits 1-4</u>.

Exhibit 1:   Civil Cover Sheet

Exhibit 2:   Summons

Exhibit 3:   Complaint

Exhibit 4:   Notice of Case Management Conference

Exhibit 5:   CGU's Answer to Plaintiff's Unverified Complaint

NOTICE OF REMOVAL

\1 2651882v.1

1    WHEREFORE, CGU respectfully removes this action from the California

2  Superior Court for the County of Los Angeles, to this Court pursuant to 28 U.S.C. §

3  1441.

4

5  Dated: February 6, 2013                    SIDLEY AUSTIN LLP

6

7

8  By: _____

                                  Melissa K. Lee

9                                 Attorneys For Defendant

10                                Claremont Graduate University

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

**NOTICE OF REMOVAL**

A1 2651882v.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Sheri Pym.

The case number on all documents filed with the Court should read as follows:

## CV13- 849 R (SPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

=====================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

[✗] **Western Division**
312 N. Spring St., Rm. G-8
Los Angeles, CA 90012

[ ] **Southern Division**
411 West Fourth St., Rm. 1-053
Santa Ana, CA 92701-4516

[ ] **Eastern Division**
3470 Twelfth St., Rm. 134
Riverside, CA 92501

Failure to file at the proper location will result in your documents being returned to you.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Hamid Mavani, PhD

**DEFENDANTS**
Claremont Graduate University

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Donald K. Hufstader of Law Offices of Donald K. Hufstader
600 West Santa Ana Blvd, Ste. 955
Santa Ana, CA 92701

Attorneys (If Known)

Jonathan M. Brenner and Melissa K. Lee
Sidley Austin LLP
555 West Fifth Street, Ste. 4000
Los Angeles, CA 90013

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☐ 1 Original Proceeding   ☑ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☑ Yes   ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Jurisdiction is proper under 28 U.S.C. Section 1331 & 1441 because Plaintiff asserts claims under 42 U.S.C. Section 2000e and 42 U.S.C. Section 1981 - Federal Question

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE / PENALTY** | **PROPERTY RIGHTS** |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☑ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | | **SOCIAL SECURITY** |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | **REAL PROPERTY** | **IMMIGRATION** | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info Act | ☐ 230 Rent Lease & Ejectment | ☐ 465 Other Immigration Actions | | | **FEDERAL TAX SUITS** |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

# CV13-00849

**FOR OFFICE USE ONLY:**   Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No   ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
   **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| All of Plaintiff's asserted claims arose in Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
<u>Note: In land condemnation cases, use the location of the tract of land involved</u>

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date  8/6/13

Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program.  (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability.  (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended.  (42 U.S.C. (g)) |