**LAW OFFICES OF STEVEN J. KAPLAN** <sup>PC</sup>
Steven J. Kaplan (SBN 83451)
    sjkaplan@sjkaplanlaw.com
11377 West Olympic Blvd., Suite 500
Los Angeles, CA 90064-1683
(310) 312-1500 (Telephone)
(424) 652-2221 (Facsimile)

*Attorney for Plaintiff Hamid Mavani, PhD*

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HAMID MAVANI, PhD, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>CLAREMONT GRADUATE UNIVERSITY, a California corporation; and DOES 1 through 25, Inclusive,<br><br>   Defendants. | Case No: CV13-00849 - R (VBKx)<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR REMAND**<br><br>Complaint Filed: 12/26/12<br>Removal Filed: 2/6/13<br>Amended Complaint Filed: 2/26/13<br><br>**(Los Angeles Superior Court, South Pomona Courthouse, Case No. KC065318**) |

    Plaintiff Hamid Mavani's Motion for Remand came on for hearing on the Court's regular morning calendar on Monday, April 1, 2013. Plaintiff was represented by Steven J. Kaplan of the Law Offices of Steven J. Kaplan, PC. Defendant Claremont Graduate University was represented by Jonathan Brenner of Sydley & Austin.

---
1
[Proposed] Order Granting Motion for Remand

This Court has considered the papers submitted in support of and in opposition to the Motion, the authorities cited by the parties, and the arguments of counsel. Having considered the papers filed by the parties and the arguments of counsel, and good cause appearing, the Court now exercises its discretion and **grants Plaintiff's Motion for Remand**.

**IT IS HEREBY ORDERED** that:

(1) Plaintiff's motion to remand this case to the Superior Court of the State of California, County of Los Angeles, is GRANTED.

(2) This cause is REMANDED to the Superior Court of the State of California, County of Los Angeles.

(3) The Clerk of this Court is directed to prepare a certified copy of this Order and mail it to the Clerk of the Superior Court of the State of California, County of Los Angeles, Pomona Courthouse South, 400 Civic Center Plaza, Pomona, CA 91766.

(4) Each party shall bear his or its own attorney's fees and costs.

**IT IS SO ORDERED.**

Date: April 8, 2013

_____
Manuel L. Real
United States District Judge

Submitted by:

/s/
_____
Steven J. Kaplan